**No. 39743.**—Protests 804213–G, etc., of E. S. Halsted & Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 39744.**—Protests 768792–G, etc., of Cox & Fahner (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 39745.**—Protests 757922–G, etc., of International Products Corp. (Norfolk and New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 39746.**—Protests 738275–G, etc., of F. W. Myers & Co., Inc., et al. (Ogdensburg, etc.)

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

**No. 39747.**—Protests 932310–G, etc., of Adolff Bobbin Co. et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were dismissed.

**No. 39748.**—Protests 930541–G (B), etc., of Griffin-Rutgers, Inc., et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

**No. 39749.**—Protests 810928–G, etc., of Wm. Adams, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.